UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMIE SALTER,

                          Plaintiff,

                                                                                ORDER

V.                                                               12-CV-86

ERIE 1 BOARD OF COOPERATIVE
EDUCATION SERVICES,

                          Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy , pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 13, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that all proceedings in this action, including plaintiff's motion for leave to amend his Complaint, be remanded to State of New York, Supreme Court, County of Erie for further consideration.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, this case is remanded to State of New York, Supreme Court, County of Erie.

        The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2013